

# AFFIDAVITS RE: SERVICE ATTEMPTS
# ON XIBIAO B. ZOU

## (August 12, 2021 – October 23, 2021)

## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### In The United States District Court for the District of Columbia

**LEOPOLDO SANCHEZ**

      Plaintiff(s),

VS.

**YU LIN CORPORATION d/b/a 1 FISH 2 FISH, et al**

      Defendant(s).

Attorney: Justin Zelikovitz

DCWageLaw
519 H St., NW, 2nd Fl.
Washington DC 20001

*268415*

**Case Number: 1:21-cv-02119-TSC**

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **XIBIAO B. ZOU** on 08/11/2021 at 8:45 AM at 2015 LEONARD ROAD, Falls Church, VA 22043

The undersigned, swear and affirm that on **September 30, 2021** at **8:37 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **XIBIAO B. ZOU** the **SUMMONS IN A CIVIL ACTION (ISSUED ON 08/09/21); CIVIL COVER SHEET; COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 08/12/2021-4:45 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and spoke to a minor who confirmed that registered agent Yu Lin and Xibiao B. Zou resided at the address but were not in at the time of the attempt. I was advised that his parents are at work and should be home after 9pm. No additional information was provided. I observed two vehicles parked outside with those being a black Toyota Highlander with Virginia tags UPF-2160 and a blue Toyota SUV with Virginia tags UGV-8180. - Attempted by Hakim Tourougui |
| 08/18/2021-10:00 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I marked the front door accordingly. I observed two vehicles present at the time of the attempt with those being Virginia tags 2EJ5758 and UGV2160. - Attempted by Hakim Tourougui |
| 08/19/2021-9:57 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and observed a red Ford van parked in the driveway with Maryland tags 2EJ5758. I also observed lights coming from within the living room. I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I marked the front door accordingly. Attempted by Rene Rivas |
| 08/21/2021-9:56 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and observed a red Toyota with Virginia tags with the last four digits 1328 parked in front of the residence. I also observed a red ford van with Maryland tags 2EJ5758 and a blue Toyota with Virginia tags UGV8180 parked in the driveway. I proceeded to to |

| | | |
|---|---|---|
| | | the front door and knocked but I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I went around to the backyard and proceeded to knock on the backdoor but I also received no response. I spoke to a neighbor at 2017 Leonard Rd. who stated that an Asian family resided at the address and if their vehicles are there they should be home. I proceeded back to the front door and knocked again several times but did not receive a response. - Attempted by Rachel Vogel |
| 09/05/2021-4:25 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I observed a blue Toyota parked in the driveway. I also observed that the grass was recently mowed. - Attempted by Hakim Tourougui |
| 09/12/2021-2:03 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I observed a red van outside with Virginia tags 2EJ5758. - Attempted by Hakim Tourougui |
| 09/16/2021-4:45 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I observed no lights on from within the residence. I spoke to the neighbors who confirmed that 2015 Leonard Rd. is occupied and that they had just left the house ten minutes prior. No additional information was provided. - Attempted by Hakim Tourougui |
| 09/21/2021-11:03 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and observed only the van parked in the driveway. I waited for about 30 minutes and a blue Toyota Highlander with Virginia tags UGV8180 pulled into the driveway and it was driven by an Asian male who stated that he was 17 years old and he was accompanied by an Asian female in her 30's. They both refused to provide their names but the Asian female spoke limited English and I was about to state that I would be leaving them the court documents when she took out here telephone and placed a telephone call. She was speaking in a foreign language and the teenager was translating and he stated that the subject was willing to accept service at work as they should be there all day. He also further explained to me that their schedule is different every day and normally they go to work by 10am but it was best to serve them at 2423 Pennsylvania Avenue, NW, Washington, DC 20037. I was again advised to serve at their work address and verified it was the subject on the phone and they would be willing to accept at that location. No additional information was provided. - Attempted by Rene Rivas |
| 09/26/2021-8:10 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at address and observed a red van in the driveway and a silver Toyota Highlander Hybrid with Virginia plates UGV8180. I observed on the Toyota a parking pass from Marshall High School with the listed number and expiration date of: #0746, EXP-06-30-22. I finally observed a Red Toyota sedan with Virginia plates |

| | | UYUR1328. I proceeded to the front door and knocked but I received no response from within the residence. I did not observe or hear any activity or movement from within. I also knocked on the rear door as well but also did not receive a response. I observed the garbage and recycling cans present in the street. - Attempted by Rachel Vogel |
| --- | --- | --- |
| 09/30/2021-8:37 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and observed a red Toyota sedan with Virginia plates VUR1328 parked in front of the house. I also observed a red van with Maryland plates 2EJ5758 backed into the driveway. I proceeded to the front door and knocked on the front and rear door several times but here was no response from within. I did not hear or observe any movement or activity from within the residence. - Attempted by Rachel Vogel |

**Hakim Tourougui**
Process Server



**Rachel Vogel**
Process Server

**Rene Rivas**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:268415

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

## In The United States District Court for the District of Columbia

**LEOPOLDO SANCHEZ**

Plaintiff(s),

VS.

**YU LIN CORPORATION d/b/a 1 FISH 2 FISH, et al**

Defendant(s).

Attorney: Justin Zelikovitz

DCWageLaw
519 H St., NW, 2nd Fl.
Washington DC 20001

*270250*

**Case Number: 1:21-cv-02119-TSC**

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **XIBIAO B. ZOU on 10/05/2021 at 9:30 AM at 2015 LEONARD ROAD, Falls Church, VA 22043**

The undersigned, swear and affirm that on **October 14, 2021** at **11:02 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **XIBIAO B. ZOU** the SUMMONS IN A CIVIL ACTION (ISSUED ON 08/09/21); CIVIL COVER SHEET; COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 10/14/2021-7:04 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and began the stakeout at the address. I parked my vehicle with a direct view of the residence. Upon my arrival the only vehicles observed were the blue Toyota with Virginia plates UGV8180 and a red Ford van Maryland plates 2EJ5758 parked in the driveway. I also observed a red Camry with Virginia plates VUR1328 parked in the street in front of residence. - Attempted by Rachel Vogel |
| 10/14/2021-11:02 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | During the stakeout the following occurred: 8:01am-A young Asian male, who identified himself as age 17 on a prior attempt, exited residence and walked to the blue Toyota SUV. 8:02 am- An Asian male backed out of driveway and departed residence. 10:41 am- An Asian male, approximately 50 years old exited home and walked to the Red Camry. I ran over to him but he entered the vehicle and closed door as I arrived. He refused to open window. I asked him his name and he would not respond. I showed him the legal documents and he shook his head. At this time, I advised he needed to show me his identification or I would call the police. He said to call them and I contacted Fairfax County Police Department and they advised they would have an officer call me. I photographed the unknown male and he drove away. 10:46am-Fairfax County Police Officer Hungarter called from telephone number 571-789-5214. He advised they could get involved in a civil matter. 11:02 am- I ended the stakeout. I did not observe any other individuals entering or exiting property. The black and silver SUV's were not present during the entire stakeout. - Attempted by Rachel |

Vogel



**Rachel Vogel**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:270250


GPS/Cell: Thursday, Oct 14 2021 10:42:06 EDT
GPS LOCK: 38.909806/-77.206174
ACCURACY 4.72478818881348 meters



GPS/Cell: Thursday, Oct 14 2021 10:41:57 EDT
GPS LOCK: 38.909806/-77.206171
ACCURACY: 4.75790175999705 meters

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### In The United States District Court for the District of Columbia

**LEOPOLDO SANCHEZ**

      Plaintiff(s),

vs.

**YU LIN CORPORATION d/b/a 1 FISH 2 FISH, et al**

      Defendant(s).

**Case Number: 1:21-cv-02119-TSC**

Attorney: Justin Zelikovitz

DCWageLaw
519 H St., NW, 2nd Fl.
Washington DC 20001

**\*270095\***

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **XIBIAO B. ZOU on 09/30/2021 at 11:53 AM at 2423 Pennsylvania Ave., NW, Washington, DC 20007**

The undersigned, swear and affirm that on **October 23, 2021** at **5:17 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **XIBIAO B. ZOU** the **SUMMONS IN A CIVIL ACTION (ISSUED ON 08/09/21); CIVIL COVER SHEET; COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 10/01/2021-11:56 AM | 2423 Pennsylvania Ave., NW Washington, DC 20007 | I arrived at the business and spoke to an employee at the front desk and asked if the subject was present. I was informed by the employee that neither of the owners are in the restaurant today. I then asked if she knew when the next time they will be at this location and the employee stated not to know and that I should come back another day. No additional information was provided. - Attempted by Patrick Wilson |
| 10/04/2021-1:15 PM | 2423 Pennsylvania Ave., NW Washington, DC 20007 | I arrived at the restaurant and spoke to an employee running the front desk. I asked if Yu Lin or Xibiao Zou was present and was informed they were not here. I asked if she knew when they would be returning and the employee would not give me an answer and kept stating "not here" until I left the restaurant. No additional information was provided. - Attempted by Patrick Wilson |
| 10/05/2021-1:06 PM | 2423 Pennsylvania Ave., NW Washington, DC 20007 | I arrived at the restaurant and spoke to an employee at the front desk who was the same employee I spoke to previously. The employee recognized me and before I could ask if Yu Lin and Xibiao Zou were present she informed me that the subject was not in. I tried to ask the employee if anyone knows when the subject would be in the restaurant again but she kept cutting me off saying they are not in. - Attempted by Patrick Wilson |
| 10/23/2021-5:17 PM | 2423 Pennsylvania Ave., NW Washington, DC 20007 | I arrived at the address and walked around the exterior of restaurant looking for any of the subjects or their vehicles. I immediately observed the red Camry with Virginia plates VUR1328 that the male subject was driving at the address at 2015 Leonard Road. I also observed in the back of the restaurant which were a white Toyota sedan with |

Maryland plates 9EN8536 and a gray Honda with Virginia plates WVA7163. I further observed that there were several entrances and exits surrounding the building but I was not positive if they connected to the restaurant. I walked around the front of restaurant and entered and sat down for twenty minutes. During the time that I was at the restaurant I observed and Asian male who was approximately 65 years of age with thick black hair, wearing glasses and was working on deliveries. I did not believe this to individual to be someone who we were serving. I also observed an unknown Asian female, approximately 65 years old, with black hair and glasses, who appeared to be running restaurant. I also observed a second Asian female who was approximately 18-20 years old and was serving tables. I also observed a second Asian male, approximately 45-50 years old, short cut hair, who I believed may have been Xibiao B. Zou but he quickly looked through curtains from kitchen and went back inside. This brief viewing was not enough time for me to make a positive identification. While present I could hear several people in the kitchen and was able to take a photograph of the individual I believed was running the restaurant. - Attempted by Rachel Vogel

**Patrick Wilson**
Process Server

**Rachel Vogel**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:270095



# AFFIDAVITS RE: SERVICE ATTEMPTS ON YU LIN

## (August 12, 2021 – October 23, 2021)

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### In The United States District Court for the District of Columbia

**LEOPOLDO SANCHEZ**

       Plaintiff(s),

vs.

**YU LIN CORPORATION d/b/a 1 FISH 2 FISH, et al**

       Defendant(s).

Attorney: Justin Zelikovitz

DCWageLaw
519 H St., NW, 2nd Fl.
Washington DC 20001

**\*268416\***

**Case Number: 1:21-cv-02119-TSC**

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **YU LIN on 08/11/2021 at 8:47 AM at 2015 LEONARD ROAD, Falls Church, VA 22043**

The undersigned, swear and affirm that on **September 30, 2021 at 8:37 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **YU LIN** the **SUMMONS IN A CIVIL ACTION (ISSUED ON 08/09/21); CIVIL COVER SHEET; COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 08/12/2021-4:45 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and spoke to a minor who confirmed that registered agent Yu Lin and Xibiao B. Zou resided at the address but were not in at the time of the attempt. I was advised that his parents are at work and should be home after 9pm. No additional information was provided. I observed two vehicles parked outside with those being a black Toyota Highlander with Virginia tags UPF-2160 and a blue Toyota SUV with Virginia tags UGV-8180. - Attempted by Hakim Tourougui |
| 08/18/2021-10:00 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I marked the front door accordingly. I observed two vehicles present at the time of the attempt with those being Virginia tags 2EJ5758 and UGV2160. - Attempted by Hakim Tourougui |
| 08/19/2021-9:57 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and observed a red Ford van parked in the driveway with Maryland tags 2EJ5758. I also observed lights coming from within the living room. I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I marked the front door accordingly. - Attempted by Rene Rivas |
| 08/21/2021-9:56 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and observed a red Toyota with Virginia tags with the last four digits 1328 parked in front of the residence. I also observed a red ford van with Maryland tags 2EJ5758 and a blue Toyota with Virginia tags UGV8180 parked in the driveway. I proceeded to to |

| | | the front door and knocked but I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I went around to the backyard and proceeded to knock on the backdoor but I also received no response. I spoke to a neighbor at 2017 Leonard Rd. who stated that an Asian family resided at the address and if their vehicles are there they should be home. I proceeded back to the front door and knocked again several times but did not receive a response. - Attempted by Rachel Vogel |
|---|---|---|
| 09/05/2021-4:25 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I observed a blue Toyota parked in the driveway. I also observed that the grass was recently mowed. - Attempted by Hakim Tourougui |
| 09/12/2021-2:03 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I observed a red van outside with Virginia tags 2EJ5758. - Attempted by Hakim Tourougui |
| 09/16/2021-4:45 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I observed no lights on from within the residence. I spoke to the neighbors who confirmed that 2015 Leonard Rd. is occupied and that they had just left the house ten minutes prior. No additional information was provided. - Attempted by Hakim Tourougui |
| 09/21/2021-11:03 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and observed only the van parked in the driveway. I waited for about 30 minutes and a blue Toyota Highlander with Virginia tags UGV8180 pulled into the driveway and it was driven by an Asian male who stated that he was 17 years old and he was accompanied by an Asian female in her 30's. They both refused to provide their names but the Asian female spoke limited English and I was about to state that I would be leaving them the court documents when she took out here telephone and placed a telephone call. She was speaking in a foreign language and the teenager was translating and he stated that the subject was willing to accept service at work as they should be there all day. He also further explained to me that their schedule is different every day but normally they go to work by 10am but it was best to serve them at 2423 Pennsylvania Avenue, NW, Washington, DC 20037. I was again advised to serve at their work address and verified it was the subject on the phone and they would be willing to accept at that location. No additional information was provided. - Attempted by Rene Rivas |
| 09/26/2021-8:10 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at address and observed a red van in the driveway and a silver Toyota Highlander Hybrid with Virginia plates UGV8180. I observed on the Toyota a parking pass from Marshall High School with the listed number and expiration date of: #0746, EXP-06-30-22. I finally observed a Red Toyota sedan with Virginia plates |

| | | |
|---|---|---|
| | | UYUR1328. I proceeded to the front door and knocked but I received no response from within the residence. I did not observe or hear any activity or movement from within. I also knocked on the rear door as well but also did not receive a response. I observed the garbage and recycling cans present in the street. - Attempted by Rachel Vogel |
| 09/30/2021-8:37 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and observed a red Toyota sedan with Virginia plates VUR1328 parked in front of the house. I also observed a red van with Maryland plates 2EJ5758 backed into the driveway. I proceeded to the front door and knocked on the front and rear door several times but here was no response from within. I did not hear or observe any activity or movement from within the residence. - Attempted by Rachel Vogel |

**Hakim Tourougui**
Process Server

**Rachel Vogel**
Process Server



**Rene Rivas**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:268416

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

## In The United States District Court for the District of Columbia

**LEOPOLDO SANCHEZ**

     Plaintiff(s),

VS.

**YU LIN CORPORATION d/b/a 1 FISH 2 FISH, et al**

     Defendant(s).

**Case Number: 1:21-cv-02119-TSC**

Attorney: Justin Zelikovitz

DCWageLaw
519 H St., NW, 2nd Fl.
Washington DC 20001

*270251*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **YU LIN on 10/05/2021 at 9:31 AM at 2015 LEONARD ROAD, Falls Church, VA 22043**

The undersigned, swear and affirm that on **October 14, 2021** at **11:02 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **YU LIN** the **SUMMONS IN A CIVIL ACTION (ISSUED ON 08/09/21); CIVIL COVER SHEET; COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 10/14/2021-7:04 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and began the stakeout at the address. I parked my vehicle with a direct view of the residence. Upon my arrival the only vehicles observed were the blue Toyota with Virginia plates UGV8180 and a red Ford van Maryland plates 2EJ5758 parked in the driveway. I also observed a red Camry with Virginia plates VUR1328 parked in the street in front of residence. - Attempted by Rachel Vogel |
| 10/14/2021-11:02 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | During the stakeout the following occurred: 8:01am-A young Asian male, who identified himself as age 17 on a prior attempt, exited residence and walked to the blue Toyota SUV. 8:02 am- An Asian male backed out of driveway and departed residence. 10:41 am- An Asian male, approximately 50 years old exited home and walked to the Red Camry. I ran over to him but he entered the vehicle and closed door as I arrived. He refused to open window. I asked him his name and he would not respond. I showed him the legal documents and he shook his head. At this time, I advised he needed to show me his identification or I would call the police. He said to call them and I contacted Fairfax County Police Department and they advised they would have an officer call me. I photographed the unknown male and he drove away. 10:46am-Fairfax County Police Officer Hungarter called from telephone number 571-789-5214. He advised they could get involved in a civil matter. 11:02 am- I ended the stakeout. I did not observe any other individuals entering or exiting property. The black and silver SUV's were not present during the entire stakeout. - Attempted by Rachel |

Vogel



**Rachel Vogel**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:270251

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### In The United States District Court for the District of Columbia

**LEOPOLDO SANCHEZ**

        Plaintiff(s),

VS.

**YU LIN CORPORATION d/b/a 1 FISH 2 FISH, et al**

        Defendant(s).

Attorney: Justin Zelikovitz

DCWageLaw
519 H St., NW, 2nd Fl.
Washington DC 20001

**\*270096\***

**Case Number: 1:21-cv-02119-TSC**

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **YU LIN on 09/30/2021 at 11:54 AM at 2423 Pennsylvania Ave., NW, Washington, DC 20007**

The undersigned, swear and affirm that on **October 23, 2021** at **5:17 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **YU LIN** the **SUMMONS IN A CIVIL ACTION (ISSUED ON 08/09/21); CIVIL COVER SHEET; COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 10/01/2021-11:56 AM | 2423 Pennsylvania Ave., NW Washington, DC 20007 | I arrived at the business and spoke to an employee at the front desk and asked if the subject was present. I was informed by the employee that neither of the owners are in the restaurant today. I then asked if she knew when the next time they will be at this location and the employee stated not to know and that I should come back another day. No additional information was provided. - Attempted by Patrick Wilson |
| 10/04/2021-1:16 PM | 2423 Pennsylvania Ave., NW Washington, DC 20007 | I arrived at the restaurant and spoke to an employee running the front desk. I asked if Yu Lin or Xibiao Zou was present and was informed they were not here. I asked if she knew when they would be returning and the employee would not give me an answer and kept stating "not here" until I left the restaurant. No additional information was provided. - Attempted by Patrick Wilson |
| 10/05/2021-1:06 PM | 2423 Pennsylvania Ave., NW Washington, DC 20007 | I arrived at the restaurant and spoke to an employee at the front desk who was the same employee I spoke to previously. The employee recognized me and before I could ask if Yu Lin and Xibiao Zou were present she informed me that the subject was not in. I tried to ask the employee if anyone knows when the subject would be in the restaurant again but she kept cutting me off saying they are not in. - Attempted by Patrick Wilson |
| 10/23/2021-5:17 PM | 2423 Pennsylvania Ave., NW Washington, DC 20007 | I arrived at the address and walked around the exterior of restaurant looking for any of the subjects or their vehicles. I immediately observed the red Camry with Virginia plates VUR1328 that the male subject was driving at the address at 2015 Leonard Road. I also observed in the back of the restaurant which were a white Toyota sedan with |

Maryland plates 9EN8536 and a gray Honda with Virginia plates WVA7163. I further observed that there were several entrances and exits surrounding the building but I was not positive if they connected to the restaurant. I walked around the front of restaurant and entered and sat down for twenty minutes. During the time that I was at the restaurant I observed and Asian male who was approximately 65 years of age with thick black hair, wearing glasses and was working on deliveries. I did not believe this to individual to be someone who we were serving. I also observed an unknown Asian female, approximately 65 years old, with black hair and glasses, who appeared to be running restaurant. I also observed a second Asian female who was approximately 18-20 years old and was serving tables. I also observed a second Asian male, approximately 45-50 years old, short cut hair, who I believed may have been Xibiao B. Zou but he quickly looked through curtains from kitchen and went back inside. This brief viewing was not enough time for me to make a positive identification. While present I could hear several people in the kitchen and was able to take a photograph of the individual I believed was running the restaurant. - Attempted by Rachel Vogel



**Patrick Wilson**
Process Server

**Rachel Vogel**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:270096

# AFFIDAVITS RE: SERVICE ATTEMPTS ON YU LIN CORPORATION

## (August 12, 2021 – October 23, 2021)

## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### In The United States District Court for the District of Columbia

**LEOPOLDO SANCHEZ**

      Plaintiff(s),

VS.

**YU LIN CORPORATION d/b/a 1 FISH 2 FISH, et al**

      Defendant(s).

**Case Number: 1:21-cv-02119-TSC**

Attorney: Justin Zelikovitz

DCWageLaw
519 H St., NW, 2nd Fl.
Washington DC 20001

**\*268414\***

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **YU LIN CORPORATION, d/b/a 1 Fish 2 Fish on 08/11/2021 at 8:43 AM at 2015 LEONARD ROAD, Falls Church, VA 22043**

The undersigned, swear and affirm that on **September 30, 2021 at 8:37 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **YU LIN CORPORATION, d/b/a 1 Fish 2 Fish** the **SUMMONS IN A CIVIL ACTION (ISSUED ON 08/09/21); CIVIL COVER SHEET; COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 08/12/2021-4:45 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and spoke to a minor who confirmed that registered agent Yu Lin and Xibiao B. Zou resided at the address but were not in at the time of the attempt. I was advised that his parents are at work and should be home after 9pm. No additional information was provided. I observed two vehicles parked outside with those being a black Toyota Highlander with Virginia tags UPF-2160 and a blue Toyota SUV with Virginia tags UGV-8180. - Attempted by Hakim Tourougui |
| 08/18/2021-10:00 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I marked the front door accordingly. I observed two vehicles present at the time of the attempt with those being Virginia tags 2EJ5758 and UGV2160. - Attempted by Hakim Tourougui |
| 08/19/2021-9:57 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and observed a red Ford van parked in the driveway with Maryland tags 2EJ5758. I also observed lights coming from within the living room. I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I marked the front door accordingly. - Attempted by Rene Rivas |
| 08/21/2021-9:56 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and observed a red Toyota with Virginia tags with the last four digits 1328 parked in front of the residence. I also observed a red ford van with Maryland tags 2EJ5758 and a blue Toyota with Virginia |

| | | |
|---|---|---|
| | | tags UGV8180 parked in the driveway. I proceeded to to the front door and knocked but I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I went around to the backyard and proceeded to knock on the backdoor but I also received no response. I spoke to a neighbor at 2017 Leonard Rd. who stated that an Asian family resided at the address and if their vehicles are there they should be home. I proceeded back to the front door and knocked again several times but did not receive a response. - Attempted by Rachel Vogel |
| 09/05/2021-4:25 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I observed a blue Toyota parked in the driveway. I also observed that the grass was recently mowed. - Attempted by Hakim Tourougui |
| 09/12/2021-2:03 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I observed a red van outside with Virginia tags 2EJ5758. - Attempted by Hakim Tourougui |
| 09/16/2021-4:45 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I received no response from within the residence. I observed no movement or activity from within the residence. I did not hear anything from within the residence. I observed no lights on from within the residence. I spoke to the neighbors who confirmed that 2015 Leonard Rd. is occupied and that they had just left the house ten minutes prior. No additional information was provided. - Attempted by Hakim Tourougui |
| 09/21/2021-11:03 PM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and observed only the van parked in the driveway. I waited for about 30 minutes and a blue Toyota Highlander with Virginia tags UGV8180 pulled into the driveway and it was driven by an Asian male who stated that he was 17 years old and he was accompanied by an Asian female in her 30's. They both refused to provide their names but the Asian female spoke limited English and I was about to state that I would be leaving them the court documents when she took out here telephone and placed a telephone call. She was speaking in a foreign language and the teenager was translating and he stated that the subject was willing to accept service at work as they should be there all day. He also further explained to me that their schedule is different every day and normally they go to work by 10am but it was best to serve them at 2423 Pennsylvania Avenue, NW, Washington, DC 20037. I was again advised to serve at their work address and verified it was the subject on the phone and they would be willing to accept at that location. No additional information was provided. - Attempted by Rene Rivas |
| 09/26/2021-8:10 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at address and observed a red van in the driveway and a silver Toyota Highlander Hybrid with Virginia plates UGV8180. I observed on the Toyota a parking pass from Marshall High School with the listed number and expiration date of: #0746, EXP-06-30-22. I |

| | | |
|---|---|---|
| | | finally observed a Red Toyota sedan with Virginia plates UYUR1328. I proceeded to the front door and knocked but I received no response from within the residence. I did not observe or hear any activity or movement from within. I also knocked on the rear door as well but also did not receive a response. I observed the garbage and recycling cans present in the street. - Attempted by Rachel Vogel |
| 09/30/2021-8:37 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and observed a red Toyota sedan with Virginia plates VUR1328 parked in front of the house. I also observed a red van with Maryland plates 2EJ5758 backed into the driveway. I proceeded to the front door and knocked on the front and rear door several times but here was no response from within. I did not hear or observe any movement or activity from within the residence. - Attempted by Rachel Vogel |

_____
**Hakim Tourougui**
Process Server

_____
**Rachel Vogel**
Process Server



_____
**Rene Rivas**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:268414

## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### In The United States District Court for the District of Columbia

**LEOPOLDO SANCHEZ**

        Plaintiff(s),

VS.

**YU LIN CORPORATION d/b/a 1 FISH 2 FISH, et al**

        Defendant(s).

**Case Number: 1:21-cv-02119-TSC**

Attorney: Justin Zelikovitz

DCWageLaw
519 H St., NW, 2nd Fl.
Washington DC 20001

*270249*

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **YU LIN CORPORATION, d/b/a 1 Fish 2 Fish on 10/05/2021 at 9:29 AM at 2015 LEONARD ROAD, Falls Church, VA 22043**

The undersigned, swear and affirm that on **October 14, 2021** at **11:02 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **YU LIN CORPORATION, d/b/a 1 Fish 2 Fish** the **SUMMONS IN A CIVIL ACTION (ISSUED ON 08/09/21); CIVIL COVER SHEET; COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 10/14/2021-7:04 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | I arrived at the address and began the stakeout at the address. I parked my vehicle with a direct view of the residence. Upon my arrival the only vehicles observed were the blue Toyota with Virginia plates UGV8180 and a red Ford van Maryland plates 2EJ5758 parked in the driveway. I also observed a red Camry with Virginia plates VUR1328 parked in the street in front of residence. - Attempted by Rachel Vogel |
| 10/14/2021-11:02 AM | 2015 LEONARD ROAD Falls Church, VA 22043 | During the stakeout the following occurred: 8:01am-A young Asian male, who identified himself as age 17 on a prior attempt, exited residence and walked to the blue Toyota SUV. 8:02 am- An Asian male backed out of driveway and departed residence. 10:41 am- An Asian male, approximately 50 years old exited home and walked to the Red Camry. I ran over to him but he entered the vehicle and closed door as I arrived. He refused to open window. I asked him his name and he would not respond. I showed him the legal documents and he shook his head. At this time, I advised he needed to show me his identification or I would call the police. He said to call them and I contacted Fairfax County Police Department and they advised they would have an officer call me. I photographed the unknown male and he drove away. 10:46am-Fairfax County Police Officer Hungarter called from telephone number 571-789-5214. He advised they could get involved in a civil matter. 11:02 am- I ended the stakeout. I did not observe any other individuals entering or exiting property. The black and silver SUV's were not |

| | | present during the entire stakeout. - Attempted by Rachel Vogel |
| --- | --- | --- |



**Rachel Vogel**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:270249

# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### In The United States District Court for the District of Columbia

**LEOPOLDO SANCHEZ**

      Plaintiff(s),

VS.

**YU LIN CORPORATION d/b/a 1 FISH 2 FISH, et al**

      Defendant(s).

Attorney: Justin Zelikovitz

DCWageLaw
519 H St., NW, 2nd Fl.
Washington DC 20001

*270094*

**Case Number: 1:21-cv-02119-TSC**

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **YU LIN CORPORATION, d/b/a 1 Fish 2 Fish on 09/30/2021 at 11:51 AM at 2423 Pennsylvania Ave., NW, Washington, DC 20007**

The undersigned, swear and affirm that on **October 23, 2021** at **5:17 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **YU LIN CORPORATION, d/b/a 1 Fish 2 Fish** the **SUMMONS IN A CIVIL ACTION (ISSUED ON 08/09/21); CIVIL COVER SHEET; COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE** for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 10/01/2021-11:56 AM | 2423 Pennsylvania Ave., NW Washington, DC 20007 | I arrived at the business and spoke to an employee at the front desk and asked if the subject was present. I was informed by the employee that neither of the owners are in the restaurant today. I then asked if she knew when the next time they will be at this location and the employee stated not to know and that I should come back another day. No additional information was provided. - Attempted by Patrick Wilson |
| 10/04/2021-1:12 PM | 2423 Pennsylvania Ave., NW Washington, DC 20007 | I arrived at the restaurant and spoke to an employee running the front desk. I asked if Yu Lin or Xibiao Zou was present and was informed they were not here. I asked if she knew when they would be returning and the employee would not give me an answer and kept stating "not here" until I left the restaurant. No additional information was provided. - Attempted by Patrick Wilson |
| 10/05/2021-1:04 PM | 2423 Pennsylvania Ave., NW Washington, DC 20007 | I arrived at the restaurant and spoke to an employee at the front desk who was the same employee I spoke to previously. The employee recognized me and before I could ask if Yu Lin and Xibiao Zou were present she informed me that the subject was not in. I tried to ask the employee if anyone knows when the subject would be in the restaurant again but she kept cutting me off saying they are not in. - Attempted by Patrick Wilson |
| 10/23/2021-5:17 PM | 2423 Pennsylvania Ave., NW Washington, DC 20007 | I arrived at the address and walked around the exterior of restaurant looking for any of the subjects or their vehicles. I immediately observed the red Camry with Virginia plates VUR1328 that the male subject was driving at the address at 2015 Leonard Road. I also observed in the back |

of the restaurant which were a white Toyota sedan with Maryland plates 9EN8536 and a gray Honda with Virginia plates WVA7163. I further observed that there were several entrances and exits surrounding the building but I was not positive if they connected to the restaurant. I walked around the front of restaurant and entered and sat down for twenty minutes. During the time that I was at the restaurant I observed and Asian male who was approximately 65 years of age with thick black hair, wearing glasses and was working on deliveries. I did not believe this to individual to be someone who we were serving. I also observed an unknown Asian female, approximately 65 years old, with black hair and glasses, who appeared to be running restaurant. I also observed a second Asian female who was approximately 18-20 years old and was serving tables. I also observed a second Asian male, approximately 45-50 years old, short cut hair, who I believed may have been Xibiao B. Zou but he quickly looked through curtains from kitchen and went back inside. This brief viewing was not enough time for me to make a positive identification. While present I could hear several people in the kitchen and was able to take a photograph of the individual I believed was running the restaurant. - Attempted by Rachel Vogel



**Patrick Wilson**
Process Server

**Rachel Vogel**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:270094